UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO GALVAN-MENDEZ, <br> Petitioner, <br> v. <br> DHS ICE, <br> Respondent. | Case No. ED CV 18-01461 R (RAO) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: November 15, 2018

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE